FILED BY _____ D.C.
05 MAY 13 PM 3:45

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

2005 APR 22 PM 2:23

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff/Respondent,

VS.

KENT GORDON GARVER,

    Defendant/Petitioner.

CV No. 02-2489-D
CR No. 00-20129-D

## MOTION TO WITHDRAW

Robert C. Brooks, Attorney at Law, having heretofore been appointed to represent the defendant herein, hereby moves to withdraw from further representation, and for grounds would show to the Court that his practice is now limited to direct appeals and, due to prior obligations, he is unable to appear in the district court on behalf of the defendant for the upcoming evidentiary hearing.

Respectfully submitted,

ROBERT C. BROOKS
Attorney at Law
P.O. Box 771558
Memphis, TN 38177
(901) 763-2832

**MOTION DENIED**
DATE: 5-12-2005
BERNICE BOUIE DONALD
U.S. DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 5-18-05



CERTIFICATE OF SERVICE

Robert C. Brooks, Attorney at Law, has this date mailed a copy of the foregoing motion to withdraw to Carroll L. Andre, III, Asst. U.S. Attorney, 157 N Main St, Ste 800, Memphis, TN 38103-1898, and Kent Gordon Garver, 4904 Greenway Ave., Memphis TN 38117.

THIS 20th day of April, 2005.

ROBERT C. BROOKS
Attorney at Law

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 16 in case 2:02-CV-02489 was distributed by fax, mail, or direct printing on May 18, 2005 to the parties listed.

---

Robert C. Brooks
LAW OFFICE OF ROBERT C. BROOKS
P.O. Box 771558
Memphis, TN 38177

Carroll L. Andre
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT